IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHESTER L. NEAL, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:22cv608-MHT |
| ) | (WO) |
| ALAN COHEN, Warden, ) | |
| ) | |
| Respondent. ) | |

OPINION

Pursuant to 28 U.S.C. § 2241, petitioner, a federal prisoner, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the 28 U.S.C. § 2241 petition be denied as moot. There are no objections to the recommendation. After an independent and de novo review of the record, and because there are no objections, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of August, 2025.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**