IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHESTER L. NEAL, JR.,        )
                             )
    Petitioner,              )
                             )       CIVIL ACTION NO.
    v.                       )         2:22cv608-MHT
                             )              (WO)
ALAN COHEN, Warden,          )
                             )
    Respondent.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 16) is adopted.

(2) The 28 U.S.C. § 2241 petition (Doc. 1) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 26th day of August, 2025.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE